JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR WEST,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et. al.,<br><br>Defendants. | Case No.: 8:25-cv-00101-MWF(JDEx)<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

The Court has reviewed the Stipulated Request filed by Plaintiff Arthur West and Defendant Equifax Information Services, LLC ("Equifax") for dismissal with of Defendant Equifax.  For good cause shown, the request is GRANTED.  Defendant Equifax is DISMISSED with prejudice, and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  January 12, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge